UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| Plaintiff, | : | No. 3:04-CV-154 (VLB) |
| v. | : | |
| THOMAS PRIEST, | : | April 26, 2019 |
| Defendant. | : | |

## ORDER REGARDING FURTHER NOTIFICATION OF THE DEFENDANT'S RIGHT TO APPEAL

The Court held an evidentiary hearing on April 9, 2019 regarding Thomas Priest's ("Defendant" or "Mr. Priest") reported failure to comply with three of the standard conditions of his supervised release in 2017. Mr. Priest was represented by counsel, Michael Hasse. At the conclusion of the hearing, the Court found that Mr. Priest violated Standard Conditions Three and Eleven. With regard to Standard Condition Three, the Court found that Mr. Priest failed to follow the instructions of the Probation Office when he reported on December 18, 2017. The Court also found that Defendant violated Standard Condition Eleven by failing to report that he was questioned by a law enforcement officer within seventy-two hours of such questioning. The Court advised Mr. Priest of his appellate rights. The Court ordered Attorney Hasse to confer with Mr. Priest and certify to the Court whether Mr. Priest has an objection to the Court's order. The Court further advised that the Mr. Priest's objection, if any, must be filed by April 23, 2019. The Court notified Mr. Priest that it would enter judgment in this matter

shortly after Attorney Hasse advised the Court whether Mr. Priest objected to the Court's order.

On April 24, 2019, Attorney Hasse represented to the Court that, "The defendant does not wish to contest the findings of the court, nor the sentence imposed." *See* [Dkt. 115 (Def.'s Mem. Re: Supervised Release Violation Hearing Held April 9, 2019) at 9]. As there is no objection, the Court hereby orders that on the violations described above, which the Court found at the evidentiary hearing on April 9, 2019, Mr. Priest is sentenced to time served with no supervised release period to follow.

Mr. Priest is further advised that he has the following appellate rights. First, Mr. Priest has the right to appeal the Court's Order dated April 9, 2019 which found that he violated Standard Conditions Three and Eleven. <u>If Mr. Priest chooses to appeal, the appeal must be filed within fourteen days of the date of the Court's judgment</u>. Second, Mr. Priest has a right to an attorney and the Court will appoint him an attorney at public expense if he cannot afford one. Third, Mr. Priest has the right to ask for permission to appeal in forma pauperis if he is unable to pay the costs of the appeal. Lastly, Mr. Priest may request that the clerk file a notice of appeal on his behalf. If Mr. Priest so requests, the clerk must immediately prepare and file an appeal notice on his behalf. Mr. Priest, however, will have the responsibility to prosecute his appeal after the notice if filed by the clerk.

**The Court orders Attorney Hasse, to mail this Order to Mr. Priest, via overnight mail with a return receipt requested, so that it arrives by May 2, 2019. Judgement will be entered on May 3, 2019.**

                                                  **IT IS SO ORDERED.**

                                                          /s/
                                                **Hon. Vanessa L. Bryant**
                                                **United States District Judge**

**Dated at Hartford, Connecticut: April 26, 2019.**